# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LONG CORNER CONSUMER ELECTRONICS LLC, | § § § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | CASE NO. 2:14-cv-352 (LEAD CASE) |
| ARCHOS, INC., | | |
| *Defendant.* | | |

| | | |
|---|---|---|
| LONG CORNER CONSUMER ELECTRONICS LLC, | § § § § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | CASE NO. 2:14-cv-361 (CONSOLIDATED CASE) |
| TOSHIBA AMERICA INFORMATION SYSTEMS, INC., | | |
| *Defendant.* | | |

## **ORDER**

Before the Court is the Agreed Motion to Stay Proceedings Pending Finalization of Settlement (Case No. 2:14-cv-352 Dkt. No. 119). The Motion is GRANTED. This case, including all pending deadlines, is stayed until June 23, 2015.

1

It is so ORDERED.

SIGNED this 13th day of April, 2015.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE